# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA BLOUNT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TD BANK NA, AMBER CARROLL, SCOTT LINDER, RICK BECTEL, ET. AL., JOHN DOE'S 1-10, ABC CORPORATION 1-10.<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:20-cv-18805-NLH-MJS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*ELECTRONICALLY FILED* |

　　　　Plaintiff Melissa Blount and Defendants TD Bank, N.A., Amber Carroll, Scott Lindner, and Rick Bechtel, through their undersigned counsel hereby stipulate in accordance with Rule 41(a)(1) to the dismissal of this action in its entirety **with prejudice** and on the merits, with each party to bear their own attorneys' fees and costs.

**DESHA JACKSON LAW GROUP, LLC**

s/ Desha L. Jackson
Desha L. Jackson, Esq.
200 Daniels Way, Suite 200
Freehold, New Jersey 07728
djackson@dljilawgroup.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

s/ Rudolph J. Burshnic II
Rudolph J. Burshnic II
502 Carnegie Center
Princeton, New Jersey 08540-7814
Tel.: 1.609.919.6686
rudolph.burshnic@morganlewis.com

A. Klair Fitzpatrick
2222 Market Street
Philadelphia, PA 19103-3007
Tel.: 1.215.963.4935
klair.fitzpatrick@morganlewis.com

*Attorneys for Defendants TD Bank, N.A., Amber Carroll, and Scott Lindner*

**MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP**

<u>s/ William K. Kennedy</u>
William K. Kennedy
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700

*Attorneys for Defendant Rick Bechtel*

2